**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: June 26, 2009**

John E. Hoffman, Jr.
United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| In re: Larry David Angel | : | Chapter 7 |
| | : | |
| | : | Case No. 04-bk-53135 |
| Debtors. | : | |
| | : | |
| | : | |

**ORDER GRANTING APPLICATION OF CREDITOR, GDC & ASSOCIATES LLC,
FOR RELEASE OF UNCLAIMED FUNDS**

Pursuant to the Motion Of Creditor, GDC & Associates LLC ("Creditor") For Release Of Unclaimed Funds (Docket No. 452), it is hereby found and determined as follows:

1. Creditor filed an Application For Release Of Unclaimed Funds in the amount of $6,445.10 on June 4, 2009 (Docket No. 452).

2. No memorandum in opposition or objection to the Application or payment of the funds was filed within twenty (20) days.

3. Creditor is entitled to certain unclaimed funds that were owed to Creditor in this case in the amount of $6,445.10, which funds were deposited into the Registry of the Court after a check to the Creditor for the sum was not cashed.

4. The Clerk of Court is hereby ordered to pay said unclaimed funds to the order of

1

GDC & Associates LLC, Creditor, but delivered as follows by mail:

> GDC & Associates LLC
> c/o Michael A. Coleman, Esq., Attorney for Creditor
> Harris, McClellan, Binau & Cox, P.L.L.
> 37 W. Broad Street, Suite 950
> Columbus, Ohio 43215

The Court notes that all parties in interest in this case were served with a copy of the Application, and that none has opposed within the time provided by the Notice. Wherefore, upon review of the Application, the Court finds that the request is valid and that it should be, and hereby is **GRANTED**.

**IT IS SO ORDERED.**

Copies to:

Michael A. Coleman
37 W. Broad Street, Suite 950
Columbus, Ohio 43215
MColeman@HMBC.com
Attorney for Creditor GDC& Associates LLC

U.S. Attorney's Office
c/o Bethany A. Hamilton
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215

Kristopher E Aungst
170 N High Street
Suite 200
Columbus, OH 43215
 Representing  Asst US Trustee (Col)

Office of the US Trustee
170 North High Street, Suite 200
Columbus, OH 43215
ustpregion09.cb.ecf@usdoj.gov

Rick L Brunner
545 East Town Street
Columbus, OH 43215
rlb@brunnerlaw.com

Representing  A & A Real Estate Holdings LLC

Monette W Cope
Weltman, Weinberg, & Reis Co., L.P.A.
175 South Third Street , Suite 900
Columbus, OH 43215
colecfsdo@weltman.com
Representing  New Holland Credit


Daniel A DeMarco
200 Public Square , Suite 2800
Cleveland, OH 44114-2301
dademarco@hahnlaw.com
Representing  Beal Bank SSB

Michael T Gunner
3535 Fishinger Blvd., Suite 220
Hilliard, OH 43026
hilliardlaw@hotmail.com
Representing  Beatriz Angel

J. Allen Jones
41 South High Street
26th Floor
Columbus, OH 43215
ajones@beneschlaw.com
Representing  Frontier Leasing Corporation

William B Logan, Jr
50 West Broad Street, Suite 1200
Columbus, OH 43215
wlogan@lnlattorneys.com
Representing  Farm Credit Services of Mid-America

Steven W Mershon
110 East Elm Street
PO Box 10
Granville, OH 43023-0010
mershon@attglobal.net
Representing  Beal Bank SSB

David M Neumann
Benesch, Friedlander, Coplan & Aronoff
200 Public Square, Suite 2300
Cleveland, OH 44114-2378

dneumann@beneschlaw.com
Representing Frontier Leasing Corporation

Geoffrey J Peters
Weltman, Weinberg & Reis Co. LPA
175 S Third Street, Ste 900
Columbus, OH 43215
colecfsdo@weltman.com
Representing The Huntington National Bank

Blaugrund, Herbert & Martin
300 West Wilson Bridge Road
Worthington, OH 43085
PRO SE

Larry David Angel
PO Box 282220
Columbus, OH 43228
PRO SE

Ryan J Ruehle
810 Sycamore Street
4th Floor
Cincinnati, OH 45202-2519
info@getreallylegal.com
Representing DaimlerChrysler Services North America, LLC

Rachel L Steinlage
575 S Third St
Columbus, OH 43215
Representing Myron N Terlecky and Arla Miller
mnt@columbuslawyer.net

Gregory A Stout
Mapother & Mapother, P.S.C.
801 West Jefferson St.
Louisville, KY 40202-2606
loubknotices@mapother-atty.com
Representing DaimlerChrysler Services North America, LLC

Richard K Stovall
17 South High Street, Suite 1220
Columbus, OH 43215
stovall@aksnlaw.com
Representing Alliance Laundry Systems LLC

Strip Hoppers Leithart McGrath And Terlecky Co., LPA
575 S. Third St.
Columbus, OH 43215
Representing Myron N Terlecky
mnt@columbuslawyer.net

Myron N Terlecky
575 S Third St
Columbus, OH 43215
(614) 228-6345
mnt@columbuslawyer.net
Representing Myron N Terlecky

Nancy A Valentine
200 Public Square
Suite 2800
Cleveland, OH 44114-2301
Representing  Beal Bank SSB

Jennifer A Wiggins
545 East Town Street
Columbus, OH 43215-4801
Representing Constance G. Angel, A & A Real Estate Holdings LLC, Angel Computer Services Inc.

Charles T Williams
2 Miranova Place
Suite 380
Columbus, OH 43215-7047
c.williams@ctwlaw.com
Representing Joseph and Linda Imbesi

**###**